ASHTON B. TALBOT, Respondent, *v.* DORAN AND WRIGHT COMPANY (LIMITED), Appellant.

(Submitted June 16, 1890; decided June 24, 1890.)

APPEAL from order of the General Term of the Court of Common Pleas for the city and county of New York, made January 13, 1890, which affirmed an order of Special Term denying a motion by defendant to vacate an order for the examination of its witnesses before trial and for the production of books and papers.

*William H. Shepard* for appellant.

*Wm. Parkin* for respondent.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.